```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 20709
   LEE ANN DAVID
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0627


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/06/07 .

   2.  The case was dismissed without confirmation, 02/01/2008.

---------------------------------------------------------------------------
                                                    INTEREST       PRINCIPAL
CREDITOR NAME              CLASS         CLAIM AMOUNT    PAID           PAID
---------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG        .00          .00            .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE  NOT FILED          .00            .00
CHASE HOME EQUITY        SECURED              .00          .00            .00
CHASE HOME EQUITY        MORTGAGE ARRE  NOT FILED          .00            .00
OAK HIGHLAND INGALLS SAN SECURED        NOT FILED          .00            .00
GTE TELECOME INC         SECURED        NOT FILED          .00            .00
ILLINOIS STUDENT ASSIST  SPECIAL CLASS  NOT FILED          .00            .00
ILLINOIS STUDENT ASSIST  SPECIAL CLASS  NOT FILED          .00            .00
ILLINOIS STUDENT ASSIST  SPECIAL CLASS  NOT FILED          .00            .00
AFNI                     UNSECURED      NOT FILED          .00            .00
CPI CORPORATION          UNSECURED      NOT FILED          .00            .00
DEBT CREDIT SERVICES     UNSECURED      NOT FILED          .00            .00
FIRST PREMIER BANK       UNSECURED      NOT FILED          .00            .00
GC SERVICES              UNSECURED      NOT FILED          .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00         .00         .00
PRINCIPAL PAID          .00         .00         .00         .00         .00
INTEREST PAID           .00         .00         .00         .00         .00
TOTAL PAID              .00         .00         .00         .00         .00
The Debtor's attorney, DEVONA & ASSOC           , was allowed $    2500.00
and was paid $     726.00   direct and $       .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 05/28/08           /s/
                  GLENN STEARNS
                  CHAPTER 13 TRUSTEE

                        PAGE  2
   CASE NO. 07 B 20709 LEE ANN DAVID